UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 98-278 CKK/DAR |
| JONATHAN GANT, | |
| Defendant. | |

FILED
AUG - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## REPORT AND RECOMMENDATION

Defendant, his counsel, his assigned United States Probation Officer, and an Assistant United States Attorney appeared before the undersigned United States Magistrate Judge on July 18, 2007 for a preliminary revocation hearing.

On September 10, 1998, the Defendant, pled guilty to conspiracy to commit bribery, in violation of 18 U.S.C. § 371. Defendant was sentenced on August 12, 2005 to a term of probation of two years. Supervision commenced on August 12, 2005, and is scheduled to expire on August 11, 2007.

In a Form 12 filed on June 28, 2007 the Defendant's Probation Officer alleged that Defendant committed violated his conditions of probation by the conduct which culminated in the issuance of traffic citations on December 16, 2005, November 9, 2006, January 26, 2007 and May 27, 2007, and by failing to notify the Probation Officer within 72 hours that he was stopped by law enforcement officers on those dates.

At the July 18 hearing, Defendant conceded all the alleged violations, and explained that

United States v. Gant                                                                                                              2

he believed that he did not need to inform his Probation Officer about the citations because they were related to traffic matters.

The Probation Officer recommended that Defendant's probation not be revoked and that no other action be taken with respect to his term of probation, since he has no other violations, is in compliance with the other requirements of his probation and supervision is scheduled to expire August 11, 2007. The government and Defendant concurred in the Probation Officer's recommendation.

The undersigned finds that Defendant violated his conditions of supervised probation by the Grade C violations alleged in the Form 12 filed on June 28, 2007, but concurs in the recommendation made by all parties that the sentencing court not take any action, and that Defendant remain on probation until his term expires on August 11, 2007.

It is, this 27th day of July, 2007,

**SO RECOMMENDED.**

_____
DEBORAH A. ROBINSON
United States Magistrate Judge


**SO ORDERED:**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Aug. 5, 2007
DATE